UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITALIANO, J.

Jorge Rodriguez Jr

_____

BLOOM, M.J.

(In the space above enter the full name(s) of the plaintiff(s).)

COMPLAINT

-against-

L & M Bus CoRP

_____

Jury Trial: ☐ Yes    ☑ No
(check one)

CV17-2099

**RECEIVED**
**FEB 2 4 2017**
**PRO SE OFFICE**

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
      identification number and the name and address of your current place of confinement. Do the same
      for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name Jorge Rodriguez JR
               Street Address 265 Jamaica Ave
               County, City Brooklyn
               State & Zip Code N.Y 11207
               Telephone Number _____

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
      government agency, an organization, a corporation, or an individual. Include the address where
      each defendant may be served. Make sure that the defendant(s) listed below are identical to those
      contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name L & M Bus CoRP
                   Street Address 400 Stanley Ave

*Rev. 05/2010*

County, City _Brooklyn_____

State & Zip Code _N.Y_____

Telephone Number _(718) 257 - 2082_____

**Defendant No. 2**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**  Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Personal injury_____, _Civil rights violated_ _1A, VI, IV, VII, VIII, 1, 14, 503 and 504 equal access,_ _equal treatment Boy Scout of america._

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? I was fired in L&M Bus Corp. The incident took place in front of or around P.S. 120

B.    What date and approximate time did the events giving rise to your claim(s) occur? 2/26/15 2:20 pm

C.    Facts: My claim is person injury        , I was fired by the company for a incident I did not commit. L&M Said I was seen by a school employee from P.S. 120, time 2:20 leave the scene after geting into a incident at that with kids on board. I lost my Job and was De-Certified after this. This report is clearly false allegations fabricated against me. After examing the trip tickit this fact will be notice. Also fraudulent representation will be notice. forging of my signature, and untrue statments and records that where produce by the company. This also will be notice after examining the trip tickit and the evidence. Some things that I will point out now are these, the Schools and the School that I was Said to be infront of like P.S. 120 and the number of passengers that was recorded note that next to P.S. 120 there are 0 people (kids) for drop off and 0 kids to be picked up at 2:20 pm This means bus 4035 was not in that area at that day at all. there was no need for bus 4035 to go to that school at that time cause there was no kids to be picked up.

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received._____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _300,000,000. monetary, punitive damage. restitution and lost wages, Lost Benefits, Lost Support_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _29_ day of _Dec_ , 20_16_.

Signature of Plaintiff    X _B._

Mailing Address    _205 Jamaica Ave_
_Brooklyn_
_N.Y. 11207_

Telephone Number    _929-331-3821_

Fax Number *(if you have one)* _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

*Rev. 05/2010*



**Department of Education**

*Carmen Fariña, Chancellor*

**OFFICE OF PUPIL TRANSPORTATION**
**Alexandra Robinson, M.Ed. CDPT,** *Executive Director*
44-36 Vernon Boulevard
Long Island City, NY 11101
Telephone: (718) 392-8855
Fax:         (718) 482-3702

May 13, 2015
Ref: 2014-15-497

Mr. Jorge Rodriguez Jr.
205 Jamaica Avenue
Brooklyn, New York   11207

Dear Mr. Rodriguez,

The Office of Pupil Transportation (OPT) authorizes the return to active duty Rodriguez, Jorge ***-**-**** a school bus driver in your employ.

Mr. Rodriguez has been cleared of any wrong doing in this matter.

Based on the information from the company manager this driver was dropped from the company roster before this office started its Investigation therefore this driver is returned to full driver status with no back pay from this office or the Dept. of Education.

Sincerely,

Paul Weydig

PW:tp
C:  Local 100



**Department of Education**
Carmen Fariña, Chancellor

**OFFICE OF PUPIL TRANSPORTATION**
Alexandra Robinson, M.Ed. CDPT, *Executive Director*
44-36 Vernon Boulevard
Long Island City, NY 11101
Telephone: (718) 392-8855
Fax: (718) 482-3702

April 1, 2015
Re: 2014/15 - 695

Mr. Jorge Rodriguez Jr.
205 Jamaica Avenue
Brooklyn, New York 11207

Dear Mr. Rodriguez,

The New York City Department of Education's Office of Pupil Transportation conducted an investigation on Case1505661-01 of allegations you Violated Procedure on January 26, 2015 x.

As a result of your unsatisfactory performance, OPT will Decertify you as a New York City Department of Education (NYCDOE) school bus driver.

In accordance with Chancellor's Regulation C-100 , you will have eleven (11) business days from the date OPT transmits this letter to you to make a written request for an Office of Appeals & Review (OAR) disciplinary appeal conference regarding OPT's findings and recommendations. Your written request must be delivered to Ms. Joann Rabot, Director, New York City Department of Education, Office of Appeals & Review, 65 Court Street, Room 717, and Brooklyn, NY 11201-4954. Regulation of the Chancellor No C-100 provides that OPT's actions in this letter are findings and a recommendation for disciplinary action. However, if you do not send an appeal to OAR within the deadline period stated above, this letter and disciplinary action stated herein shall be the final agency action of the NYCDOE in this case, according to the Chancellor's Regulation.

The New York City Department of Education's Office of Pupil Transportation has been advised that the above named school bus driver knowingly left the scene of an accidents P.S. 120 with children on board. The driver failed to notify the Police, EMS,OPT or the company dispatcher along with supply the company with a Police accident report. The driver also failed to follow procedure and submit to a drug and alcohol screening as Policy requires. Therefore, due to your unsatisfactory performance, you are being De-Certified.

Thank you

Sincerely,

Paul Weydig

PW : tp
C: L&M Bus Corp.

Case 1:17-cv-02099-ENV-LB   Document 1   Filed 02/24/17   Page 7 of 8 PageID #: 7

P.S. 120 Carlos Tapia (Beaver Street) (J) to Flushing

down town by the new york transit museum which is by metrotech Jay and adams st which ~~and~~ is and adams st Led right into the brooklyn bridge it is is only 5 block away from the hudson River.

Baltic st. Between Court and Smith (A) train off at hoy-shore, and walk to Baltic and make a right - Downtown  P.S. 368 on Tompkins Ave Between Floyd st, Spockton

"CHECK YOUR VEHICLE FOR SLEEPING CHILDREN AFTER EVERY RUN"

| | | | TRIPS IN | | | TRIPS OUT | | | TIME |
|---|---|---|---|---|---|---|---|---|---|
| REPORT TIME | RUN NUMBER | BUS NUMBER | SCHOOL | ARR. TIME | NO. OF PASS | SCHOOL | ARR. TIME | NO. OF PASS | |
| 5 6 | K166 | 4035 | P.S. 120 | 7:48 | 0 | P.S. 120 K | 2:20 | 0 | A.M. START TIME 5:30 |
| DRIVER PRINT | | | | | X™ | | | | A.M. END TIME |
| Jorge Rodriguez | | | P. 373 K | 8:05 | 8 | P. 368 K | 2:20 | 7 | |
| DRIVER SIGN | | | | | | | | | |
| MATRON A.M. PRINT J. RA Thomson | SIGN | | P 368 K | 8:20 | 5 | P. 373 K | 2:45 | 4 | MID-DAY START TIME |
| MATRON MID. PRINT | SIGN | | | | | | | | MID-DAY END TIME |
| MATRON P.M. PRINT Irma Thompson | SIGN | | | | | | | | MID-DAY START TIME |
| DATE 1/26/15 | TOTAL MILES FOR TODAY 29 | | | | | | | | |
| ODOMETER START 15449 | | | MESSAGES Chwele Bradington N/s   Judea Wildean N/s | | | | | | MID-DAY END TIME |
| ODOMETER END 15475 | | | Evan Pins & Aiden Pins N/s | | | | | | |
| LOCATION AND TIME A.M | | | | | | | | | P.M. START TIME |
| LOCATION AND TIME MID-DAY | | | WEATHER CONDITIONS: (Check (✔) one)   GOOD ☐   POOR ☐   ICE ☐   SNOW ✔   SLEET ☐   RAIN ☐ | | | | | | P.M. END TIME |
| LOCATION AND TIME P.M | | | | | | | | | |

"PLEASE TAKE CARE OF YOUR VEHICLES SINCE THEY HELP PAY OUR SALARIES!"   This vehicle may be equipped with a GPS (Global Positioning System)

**OFFICE OF PUPIL TRANSPORTATION**

Alexandra Robinson, M. Ed. CDPT, Executive Director
44-36 Vernon Boulevard
Long Island City, NY 11101
Telephone:    (718) 392-8855
Fax:           (718) 482-3702

**Thomas P. Prior**

*Confidential Investigator*
Tel: (718) 784-3313 ext. 6984
Fax: (718) 482-3710

**Department of Education**
Carmen Fariña, Chancellor

## HANDWRITTEN STATEMENT

CASE# 150566I-01

DRIVER/ESCORT NAME: Jorge Rodriguez          DATE: 4/23/15

COMPANY: L+M Bus          ROUTE #: K186    UNION/REP: _____

My name is Jorge Rodriguez and This is my statement about a incadent that take place on January 27 2015. The trip ticket is the frist thing that I'm going to talk about. According to the trip ticket There was no pick made OR Drop off t P.S. 120K That day. I know that there was a person who made a cla magan the nbr of that bus but It IS most surly a mistall it. Just some one b004 agenst ffical documents, documents that Clearly Show no pick made that day. The one who made the complaint was a teacher that Claims it bus nbr 4035 thathit alore But The Trip ticket States the truth the offical ocment not hear say. Even if there was a mcradent that day the teacher nly, according to the trip ticket made a mistake. To add to this P ticket has been fabarhed made up now It is easy by using Computere softcare recect a trip ticket with my Sinture and this might have been done by the Company

SIGNATURE Jorge Rodriguez          DATE 4/23/15

Office of School Food    Public Schools Athletic League    Office of Pupil Transportation